**ORIGINAL**

FILED

17 OCT 20  PM 1: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY __J̄D̄__   DEPUTY

1   Lisa L. Garcia (lisa.garcia@alston.com)
    California Bar No. 301362
2   **ALSTON & BIRD LLP**
    333 S. Hope Street
3   Los Angeles, CA 90071
    Telephone: 213-576-1000
4   Facsimile: 213-576-1100

5   Valarie C. Williams (valarie.williams@alston.com)**
    Georgia Bar No. 764440
6   B. Parker Miller (parker.miller@alston.com)**
    Georgia Bar No. 506218
7   Mike H. Shanlever (mike.shanlever@alston.com)**
    Georgia Bar No. 141292
8   James B. Cash (james.cash@alston.com)**
    Georgia Bar No. 418736
9   **ALSTON & BIRD LLP**
    1201 West Peachtree Street
10  Atlanta, GA 30309
    Telephone: 404-881-7000
11  Facsimile: 404-881-7777
    **Pro Hac Vice admission to be filed upon case assignment*

12

13  *Attorneys for Plaintiff CVS Pharmacy, Inc.*

14              **UNITED STATES DISTRICT COURT**
15              **SOUTHERN DISTRICT OF CALIFORNIA**

16  _____

17  CVS PHARMACY, INC.,          Case No. **'17 CV 2154 MMA AGS**
                                 The Honorable _____
18              Plaintiff,
                                 **CVS PHARMACY, INC.'S NOTICE
19  v.                           OF MOTION AND MOTION TO
                                 FILE COMPLAINT UNDER SEAL**
20  BUMBLE BEE FOODS, LLC, STARKIST
21  COMPANY, DONGWON INDUSTRIES,   [Filed concurrently with Memorandum
    CO. LTD., TRI-UNION SEAFOODS LLC   of Points and Authorities in support of
22  d/b/a CHICKEN OF THE SEA       Motion to File Complaint Under Seal;
    INTERNATIONAL, INC., and THAI   Proposed Order]
23  UNION FROZEN PRODUCTS PCL,
                                 Date:
24              Defendants.       Time:
                                 Dept.:
25  _____

26

27

28

1

2

## NOTICE OF MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

3    **PLEASE TAKE NOTICE** that, pursuant to Southern District of California

4  Civil Local Rule 7.1, 79.2(b) and the Protective Order entered in a related case titled

5  *In Re: Packaged Seafood Products Antitrust Litigation*, Case No. 3:15-md-02670-

6  JLS-MDD (ECF No. 194, incorporating ECF No. 173), CVS Pharmacy, Inc. ("CVS")

7  respectfully hereby moves this Court for an administrative order to file under seal

8  portions of CVS's Complaint (identified below).

9    This motion is based on this Notice of Motion and Motion to File Complaint

10  under Seal, the Memorandum of Points and Authorities in support thereof, and such

11  other and further oral and documentary evidence as may be presented at the hearing

12  on the motion.

13  Dated:  October 19, 2017          Respectfully submitted,

14                    By: _____

15                    Lisa L. García (lisa.garcia@alston.com)
                      California Bar No. 301362

16                    **ALSTON & BIRD LLP**

17                    333 S. Hope Street
                      Los Angeles, CA 90071

18                    Telephone: 213-576-1000

19                    Facsimile: 213-576-1100

20                    Valarie C. Williams (valarie.williams@alston.com)**

21                    (pro hac admission to be filed upon case assignment)
                      B. Parker Miller (parker.miller@alston.com)**

22                    (pro hac admission to be filed upon case assignment)

23                    Mike H. Shanlever (mike.shanlever@alston.com)**

24                    (pro hac admission to be filed upon case assignment)
                      James B. Cash (james.cash@alston.com)**

25                    (pro hac admission to be filed upon case assignment)

26                    **ALSTON & BIRD LLP**
                      1201 West Peachtree Street

27                    Atlanta, GA 30309

28                    Telephone: 404-881-7000
                      Facsimile: 404-881-7777

1

1

## MOTION

2    Pursuant to Southern District of California Civil Local Rule 79.2(c) and the

3    Protective Order entered in a related case titled *In Re: Packaged Seafood Products*

4    *Antitrust Litigation*, Case No. 3:15-md-02670-JLS-MDD (ECF No. 194, incorporating

5    ECF No. 173), CVS Pharmacy, Inc. ("CVS") seeks to seal certain portions of its

6    Complaint that contain or reference information that one or more of the Defendants in

7    the related case previously designated as "Confidential" or "Highly-Confidential"

8    under the terms of the Protective Order in the related case. *See* Case No. 3:15-md-

9    02670-JLS-MDD, ECF No. 173 (requiring that filings incorporating information

10   containing "Confidential or "Highly Confidential" material be filed under seal).

11   Specifically, CVS moves to seal portions of the following paragraphs of the

12   Complaint: 4, 6, 8, 9, 14, 32, 34, 36, 38-39, 58, 61, 73, 75, 80-82, 84-99, 101, 103-

13   113, 115-120, 123-128, 132-137, 141-146, 148-150, 152-153, 156-157, 159, 161-162,

14   165, 167-168, 197-201, 203-204.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    CVS is filing a redacted version of the Complaint in the public docket.
2  Additionally, accompanying this Motion, is the associated "Sealed Lodged Proposed
3  Documents" docket entry, in which CVS is filing an un-redacted version of the
4  Complaint.

5  Dated:  October 19, 2017              Respectfully submitted,

6                                        By:
7                                        Lisa L. Garcia (lisa.garcia@alston.com)
                                         California Bar No. 301362
8                                        **ALSTON & BIRD LLP**
9                                        333 S. Hope Street
                                         Los Angeles, CA 90071
10                                       Telephone: 213-576-1000
11                                       Facsimile: 213-576-1100

12                                       Valarie C. Williams (valarie.williams@alston.com)**
13                                       (pro hac admission to be filed upon case assignment)
                                         B. Parker Miller (parker.miller@alston.com)**
14                                       (pro hac admission to be filed upon case assignment)
15                                       Mike H. Shanlever (mike.shanlever@alston.com)**
                                         (pro hac admission to be filed upon case assignment)
16                                       James B. Cash (james.cash@alston.com)**
17                                       (pro hac admission to be filed upon case assignment)
                                         **ALSTON & BIRD LLP**
18                                       1201 West Peachtree Street
19                                       Atlanta, GA 30309
                                         Telephone: 404-881-7000
20                                       Facsimile: 404-881-7777

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2      I certify that on October 19, 2017, I filed the **NOTICE OF MOTION AND**

3  **MOTION TO FILE COMPLAINT <u>UNDER SEAL</u>** with the Clerk of Court for the

4  United States District, Southern District of California, by paper copy as is required by

5  the local rules.

6

7  Dated:  October 19, 2017        Respectfully submitted,

8                           By: _____

9                           Lisa L. Garcia (lisa.garcia@alston.com)
California Bar No. 301362

10                           **ALSTON & BIRD LLP**

11                           333 S. Hope Street
Los Angeles, CA 90071

12                           Telephone: 213-576-1000

13                           Facsimile: 213-576-1100

14                           Valarie C. Williams (valarie.williams@alston.com)**

15                           (pro hac admission to be filed upon case assignment)
B. Parker Miller (parker.miller@alston.com)**

16                           (pro hac admission to be filed upon case assignment)

17                           Mike H. Shanlever (mike.shanlever@alston.com)**

18                           (pro hac admission to be filed upon case assignment)
James B. Cash (james.cash@alston.com)**

19                           (pro hac admission to be filed upon case assignment)

20                           **ALSTON & BIRD LLP**
1201 West Peachtree Street

21                           Atlanta, GA 30309

22                           Telephone: 404-881-7000
Facsimile: 404-881-7777

23

24

25

26

27

28

3