Lisa L. Garcia (lisa.garcia@alston.com)
California Bar No. 301362
**ALSTON & BIRD LLP**
333 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

Valarie C. Williams (valarie.williams@alston.com)**
Georgia Bar No. 764440
B. Parker Miller (parker.miller@alston.com)**
Georgia Bar No. 506218
Mike H. Shanlever (mike.shanlever@alston.com)**
Georgia Bar No. 141292
James B. Cash (james.cash@alston.com)**
Georgia Bar No. 418736
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
**Pro Hac Vice admission to be filed upon case assignment

*Attorneys for Plaintiff CVS Pharmacy, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CVS PHARMACY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS, LLC, STARKIST COMPANY, DONGWON INDUSTRIES, CO. LTD., TRI-UNION SEAFOODS LLC d/b/a CHICKEN OF THE SEA INTERNATIONAL, INC., and THAI UNION FROZEN PRODUCTS PCL,<br><br>Defendants. | Case No. 17 CV 2154 MMA AGS<br>The Honorable _____<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CVS PHARMACY, INC.'S MOTION TO FILE COMPLAINT UNDER SEAL**<br><br>[Filed concurrently with Notice of Motion and Motion to File Complaint Under Seal; Proposed Order]<br><br>Date:<br>Time:<br>Dept.: |

## MEMORANDUM OF POINTS AND AUTHORITIES

CVS Pharmacy, Inc. ("CVS") submits this memorandum of points and authorities in support of its Notice of Motion and Motion to File the Complaint Under Seal pursuant to Civil Local Rule 79.2(b) and the Protective Order entered in a related case titled *In Re: Packaged Seafood Products Antitrust Litigation*, Case No. 3:15-md-02670-JLS-MDD (ECF No. 194, incorporating ECF No. 173).

Good cause exists for filing the Documents under seal. The Complaint quotes, incorporates and references documents produced to CVS by the Defendants and designated by one or more Defendants as "Confidential" or "Highly Confidential" under the terms of the Protective Order.

Because the Protective Order limits the disclosure of information designated as "Confidential" or "Highly Confidential," Section VIII of the Protective Order requires that a party incorporating such information in any filings must do so "under seal pursuant to a procedure agreed upon by the Court and the Parties, or, in the absence of such an agreement pursuant to the requirements of the Local Rules of the United States District Court for the Southern District of California, including Civil Local Rule 79.2(c), and all other applicable Court rules." Case No. 3:15-md-02670-JLS-MDD, ECF No. 173, at 11-12. CVS therefore seeks to seal its Complaint to comply with the Protective Order, which the Court found good cause to enter. CVS will also be filing a redacted version of the Complaint on the public docket. Section VIII of the Protective Order states, "[f]iling under seal will be without prejudice to any Party's right to argue to the Court that such Document is not 'Confidential' or 'Highly Confidential' material and need not be preserved under seal . . ." ECF No. 173, at 12. This sealing motion is not a waiver of CVS's right to challenge Defendants'

confidentiality designations of the Documents quoted, incorporated or referenced in the Complaint, nor is this motion a concession that any such Documents are "Confidential" or "Highly Confidential."

Dated: October 19, 2017

Respectfully submitted,

By: /s/ Lisa L. Garcia
Lisa L. Garcia (lisa.garcia@alston.com)
California Bar No. 301362
**ALSTON & BIRD LLP**
333 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

Valarie C. Williams (valarie.williams@alston.com)**
(pro hac admission to be filed upon case assignment)
B. Parker Miller (parker.miller@alston.com)**
(pro hac admission to be filed upon case assignment)
Mike H. Shanlever (mike.shanlever@alston.com)**
(pro hac admission to be filed upon case assignment)
James B. Cash (james.cash@alston.com)**
(pro hac admission to be filed upon case assignment)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

## CERTIFICATE OF SERVICE

I certify that on October 19, 2017, I filed the **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CVS PHARMACY, INC.'S MOTION TO FILE COMPLAINT UNDER SEAL** with the Clerk of Court for the United States District, Southern District of California, by paper copy as is required by the local rules.

Dated: October 19, 2017

Respectfully submitted,

By: _____
Lisa L. Garcia (lisa.garcia@alston.com)
California Bar No. 301362
**ALSTON & BIRD LLP**
333 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

Valarie C. Williams (valarie.williams@alston.com)**
(pro hac admission to be filed upon case assignment)
B. Parker Miller (parker.miller@alston.com)**
(pro hac admission to be filed upon case assignment)
Mike H. Shanlever (mike.shanlever@alston.com)**
(pro hac admission to be filed upon case assignment)
James B. Cash (james.cash@alston.com)**
(pro hac admission to be filed upon case assignment)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777