1  Lisa L. Garcia (lisa.garcia@alston.com)
   California Bar No. 301362
2  **ALSTON & BIRD LLP**
   333 S. Hope Street
3  Los Angeles, CA 90071
   Telephone: 213-576-1000
4  Facsimile: 213-576-1100

5  Valarie C. Williams (valarie.williams@alston.com)
   Georgia Bar No. 764440
6  B. Parker Miller (parker.miller@alston.com)
   Georgia Bar No. 506218
7  Mike H. Shanlever (mike.shanlever@alston.com)
   Georgia Bar No. 141292
8  James B. Cash (james.cash@alston.com)
   Georgia Bar No. 418736
9  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
10 Atlanta, GA 30309
   Telephone: 404-881-7000
11 Facsimile: 404-881-7777
   **Pro Hac Vice admission to be filed upon case assignment*

13 *Attorneys for Plaintiff CVS Pharmacy, Inc.*

FILED
17 OCT 20 PM 1:26

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVS PHARMACY, INC., | Case No. '17 CV 2154 MMA AGS |
| Plaintiff, | **CVS PHARMACY, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST** |
| v. | |
| BUMBLE BEE FOODS, LLC, STARKIST COMPANY, DONGWON INDUSTRIES, CO. LTD., TRI-UNION SEAFOODS LLC d/b/a CHICKEN OF THE SEA INTERNATIONAL, INC., and THAI UNION FROZEN PRODUCTS PCL, | |
| Defendants. | |

FEDERAL RULE 7.1 DISCLOSURE STATEMENT

## NOTICE OF PARTY WITH FINANCIAL INTEREST

Pursuant to Fed. R. Civ. P. 7.1 and Civil Local Rule 40.2, Plaintiff CVS Pharmacy, Inc., a Rhode Island corporation, hereby discloses that its parent company is CVS Health Corporation and that no publicly-held company owns 10% or more of CVS Pharmacy, Inc.

Dated: October 19, 2017

Respectfully submitted,

By: _____
Lisa L. Garcia (lisa.garcia@alston.com)
California Bar No. 301362
**ALSTON & BIRD LLP**
333 S. Hope Street
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100

Valarie C. Williams (valarie.williams@alston.com)**
(pro hac admission to be filed upon case assignment)
B. Parker Miller (parker.miller@alston.com)**
(pro hac admission to be filed upon case assignment)
Mike H. Shanlever (mike.shanlever@alston.com)**
(pro hac admission to be filed upon case assignment)
James B. Cash (james.cash@alston.com)**
(pro hac admission to be filed upon case assignment)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777