Lisa L. Garcia (lisa.garcia@alston.com)
California Bar No. 301362
**ALSTON & BIRD LLP**
333 S. Hope Street
Los Angeles, CA  90071
Telephone:  213-576-1000
Facsimile:   213-576-1100

Valarie C. Williams
B. Parker Miller
Mike H. Shanlever
James B. Cash
1201 West Peachtree Street
Atlanta, GA  30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email: valarie.williams@alston.com
Email: parker.miller@alston.com
Email: mike.shanlever@alston.com
Email: james.cash@alston.com

*Attorneys for Plaintiff CVS Pharmacy, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVS PHARMACY, INC., <br><br> Plaintiff, <br><br> v. <br><br> BUMBLE BEE FOODS, LLC, STARKIST COMPANY, DONGWON INDUSTRIES, CO. LTD., DEL MONTE CORPORATION, TRI-UNION SEAFOODS LLC d/b/a CHICKEN OF THE SEA INTERNATIONAL, INC., THAI UNION FROZEN PRODUCTS PCL, LION CAPITAL LLP, LION CAPITAL (AMERICAS) INC., and BIG CATCH CAYMAN LP aka LION/BIG CATCH CAYMAN LP <br><br> Defendants. | Case No. 17-cv-2154-JLS-MDD <br><br> Judge: Hon. Janis L. Sammartino <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff CVS Pharmacy, Inc. and Defendants StarKist Co., Dongwon Industries Co., Ltd., and Del Monte Corporation (collectively, the "StarKist Defendants"), by and through their counsel of record, hereby stipulate that the StarKist Defendants are dismissed from these proceedings with prejudice. This dismissal shall not operate as a dismissal of any person or entity named as a defendant or as a co-conspirator in the above-captioned proceedings other than the StarKist Defendants. The parties shall bear their respective fees and costs.

Dated: June 6, 2019

By: */s/ Lisa L. Garcia*
Lisa L. Garcia
California Bar No. 301362
**ALSTON & BIRD LLP**
333 S. Hope Street
Los Angeles, CA  90071
Telephone:  213-576-1000
Facsimile:   213-576-1100
Email: lisa.garcia@alston.com

Valarie C. Williams
B. Parker Miller
Mike H. Shanlever
James B. Cash
1201 West Peachtree Street
Atlanta, GA  30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email: valarie.williams@alston.com
Email: parker.miller@alston.com
Email: mike.shanlever@alston.com
Email: james.cash@alston.com

*Attorneys for Plaintiff CVS Pharmacy, Inc.*

By: */s/ Niall E. Lynch*

**LATHAM & WATKINS LLP**
Alfred C. Pfeiffer (CA 120965)
Christopher S. Yates (CA 161273)
Belinda S. Lee (CA 199635)
Niall E. Lynch (CA 157959)
Ashley M. Bauer (CA 231626)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095
Email: Al.Pfeiffer@lw.com
Email: Chris.Yates@lw.com
Email: Belinda.Lee@lw.com
Email: Niall.Lynch@lw.com
Email: Ashley.Bauer@lw.com

*Counsel for Defendants StarKist Co. and Dongwon Industries Co., Ltd.*


By: */s/ Barbara T. Sicalides*

**PEPPER HAMILTON LLP**
Barbara T. Sicalides (PA 57535)
Barak A. Bassman (PA 85626)
Megan Morley (PA 321706)
Benjamin J. Eichel (PA 307078)
Alexander L. Harris (PA 311382)
300 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, Pennsylvania 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
Email: sicalidesb@pepperlaw.com
Email: bassmanb@pepperlaw.com
Email: morleym@pepperlaw.com
Email: eichelb@pepperlaw.com
Email: harrisa@pepperlaw.com

*Counsel for Defendant Del Monte Corporation*

**SIGNATURE ATTESTATION**

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from each of the other signatories shown above, and that all signatories have authorized placement of their electronic signature on this document.

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2019 I caused the foregoing document to be filed with the Clerk of the Court for the United States District Court, Southern District of California, by using the Court's CM/ECF System, which sends notifications of such filings to all counsel of record.

*/s/ Lisa L. Garcia*
Lisa L. Garcia

*Attorney for Plaintiff CVS Pharmacy, Inc.*