UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PACKAGED SEAFOOD PRODUCTS ANTITRUST LITIGATION | Case No.:  15md2670 DMS(MDD)<br><br>**ORDER SETTING TELEPHONIC STATUS CONFERENCE** |

In light of the reassignment of this case to the undersigned judge, IT IS HEREBY ORDERED:

1.  *Status Conference*.  Counsel for all parties shall appear for a **telephonic** conference with the undersigned on **September 21, 2021**, at **10:30 a.m.**  The Court requests that one attorney for each party/party-group listed in the attachment to this Order be designated as lead counsel with speaking authority for the purpose of this conference only.  Dial-in information for lead counsel will be provided separately via email.  The dial-in number for any counsel who wish to listen in only and members of the public is as follows.

   (a)   Dial the toll free number: **877-411-9748**;

   (b)   Enter the Access Code: **6246317** (Participants will be put on hold until the Court activates the conference call);

   (c)   Enter the Participant Security Code **09212670** and Press # (The security code will be confirmed);

   (d) Once the Security Code is confirmed, participants will be prompted to Press 1 to join the conference or Press 2 to re-enter the Security Code.

All persons dialing in to the conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court proceedings.

2. *Purposes and Agenda*.  Counsel should be prepared to discuss the following issues:

  (a) the current state of the pleadings, including whether Answers have been filed, and if not, whether the parties would object to filing Answers and preserving any issues under Rule 12(c);

  (b) the current status of discovery;

  (c) the pending motions, and how the parties would prioritize those motions;

  (d) the current state of the related criminal proceedings, and the impact on any claims in this litigation; and

  (e) the parties' positions on the pending appeal of the class certification issues.

Counsel are encouraged to advise the Court as soon as possible of any items that should be added to the agenda.

3. *Preparations for Conference*.

  (a) Initial Conference of Counsel.  Before the conference, counsel shall meet and confer and seek consensus to the extent possible with respect to the items on the agenda.

  (b) Preliminary Reports.  Counsel will submit to the Court by **September 14, 2021**, a brief written statement addressing the agenda items set out above.  Counsel should also identify lead counsel for the conference in their respective statements.  These statements should be no longer than five (5) pages, will not be binding, will not waive

/ / /
/ / /
/ / /
/ / /
/ / /

1 claims or defenses, and may not be offered into evidence against a party in later
2 proceedings. The statements should not be filed with the Clerk, but should be sent to this
3 Court's chambers e-mail address, which is efile_sabraw@casd.uscourts.gov.

4 Dated:  September 3, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court