RE:           *In re Packaged Seafood*
              15-MD-2670

**Parties & Counsel:**

**Plaintiffs**

End Payer Purchasers                    <u>Wolf Haldenstein Adler Freeman & Herz</u>
                                        <u>LLP</u>
                                        Betsy Carol Manifold (San Diego, CA)
                                        Brittany Nicole DeJong (San Diego, CA)
                                        Rachele R Byrd (San Diego, CA)
                                        Marisa Livesay (San Diego, CA)
                                        Carl Malmstrom (Chicago, IL)
                                        Thomas H. Burt (New York, NY)
                                        Fred Taylor Isquith, Sr. (New York, NY)

Commercial Food Preparers               <u>Cuneo Gilbert & Laduca, LLP</u>
                                        Jonathan W Cuneo (Washington D.C.)
                                        Alec Blaine Finley, Jr. (Washington D.C.)
                                        Joel Davidow (Washington D.C.)
                                        Christian Hudson (Brooklyn, NY)
                                        Peter Gil-Montllor (Brooklyn, NY)
                                        Michael James Flannery (St. Louis MO)

Direct Purchaser Plaintiffs             <u>Hausfeld LLP</u>
                                        Michael Lehmann (San Francisco, CA)
                                        Bonny Sweeney (San Francisco, CA)
                                        Christopher Lebsock (San Francisco, CA)
                                        Samantha Stein (San Francisco, CA)

Direct Action Plaintiffs[1]

> Kenny Nachwalter, P.A.
> William J. Blechman, (Miami, FL)
> Richard Alan Arnold, (Miami, FL)
> Douglas H. Patton, (Miami, FL)
> Samuel J. Randall, (Miami, FL)
> Brandon Floch, (Miami, FL)

W. Lee Flowers

> Haynsworth Sinkler Boyd
> Elizabeth Halligan Black (Columbia, SC)
> Manton McCutchen Grier (Columbia, SC)
> Mary Cothonneau Eldridge (Columbia, SC)

Supervalu Inc., Superstore Industries, Moran Foods LLC,
Meijer Inc.

> Sperling & Slater, P.C.
> David Germaine (Chicago, IL)
> Joseph Michael Vanek (Chicago, IL)
>
> Sherrard Roe Voigt & Harbison PLC
> Eric G. Osborne (Nashville, TN)
> Phillip Frederick Cramer (Nashville, TN)

SpartanNash Company

> Kaplan Fox & Kilsheimer LLP
> Laurence D. King (San Francisco, CA)
> Mario M. Choi (San Francisco, CA)

---

[1] The Kroger Co.; Albertsons Companies, LLC; H.E. Butt Grocery Company; Hy-Vee Inc.; Affiliated Foods, Inc.; Associated Grocers of New England, Inc.; North Central Distributors, LLC; Cash-Wa Distributing Co. of Kearney, Inc.; URM Stores, Inc.; Western Family Foods, Inc.; Associated Food Stores, Inc.; Giant Eagle, Inc.; Associated Grocers, Inc.; McLane Company, Inc.; Meadowbrook Meat Company, Inc.; Wegmans Food Markets, Inc.; Winn-Dixie Stores, Inc.; and Bi-Lo Holding, LLC. Direct Action Plaintiffs have independently retained counsel to pursue this litigation, however, they have requested that attorney William J. Blechman of Kenny Nachwalter, P.A. be appointed liaison counsel.  Mr. Blechman serves as the primary point of contact for the DAPs for purposes of scheduling, coordinating, or conferring with class counsel and Defendants' counsel for issues common to the DAPs. (*See* Order Appointing Interim Lead Counsel, ECF No. 119.) The remaining Direct Action Purchasers joined this MDL after William J. Blechman was appointed liaison counsel, as such, their independently retained counsel are included separately.

Publix Supermarkets

Sperling & Slater, P.C.
Alberto Rodriguez (Chicago, IL)
David Germaine (Chicago, IL)
Joseph Michael Vanek (Chicago, IL)

Sherrard Roe Voigt & Harbison PLC
Eric G. Osborne (Nashville, TN)
Phillip Frederick Cramer (Nashville, TN)

Krasdale Foods, Inc.

Nussbaum Law Group, P.C.
Linda Phyllis Nussbaum (New York, N.Y.)

CVS Pharmacy Inc.

Alston & Bird LLP
Anthony Thomas Greene (Atlanta, GA)
Brian Parker Miller (Atlanta, GA)
James Cash (Atlanta, GA)
Michael H. Shanlever (Atlanta, GA)
Valarie C. Williams (Atlanta, GA)
Lisa L Garcia (Los Angeles, CA)

**Defendants**
StarKist Co. and Dongwon Indus. Co.,

Latham & Watkins LLP
Alfred C. Pfeiffer (San Francisco, CA)
Christopher S. Yates (San Francisco, CA)
Belinda S. Lee (San Francisco, CA)
Niall E. Lynch (San Francisco, CA)
Ashley M Bauer (San Francisco, CA)

Lion Capital (Americas) Inc., Lion Capital LLP,
Big Catch Cayman LP

Sullivan & Cromwell LLP

Adam S. Paris (Los Angeles, CA)
Zachary A. Sarnoff (Los Angeles, CA)
Brandon T. Wallace (Los Angeles, CA)

3

| | |
|---|---|
| Bumble Bee Foods, LLC[2] | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Kenneth A. Gallo (Washington, D.C.)<br>Michelle Parikh (Washington, D.C.)<br>Craig A. Benson (Washington, D.C.)<br>Joseph J. Bial (Washington, D.C.)<br>Heather C. Milligan (Washington, D.C.) |
| Tri-Union Seafoods LLC d/b/a Chicken of the Sea Int'l Inc., and Thai Union Group PCL | Allen & Overy LLP<br>John Roberti (New York, NY)<br>Kelsi Moen (New York, NY)<br>Jana Steenholdt (New York, NY) |
| Del Monte Corporation | Pepper Hamilton LLP<br>Barbara T. Sicalides (Philadelphia, PA)<br>Barak A. Bassman (Philadelphia, PA)<br>Megan Morley (Philadelphia, PA)<br>Alexander L. Harris (Philadelphia, PA) |
| Lion Capital (Americas) Inc., Lion Capital LLP, Big Catch Cayman LP | Sullivan & Cromwell LLP<br>Adam S. Paris (Los Angeles, CA)<br>Zachary A. Sarnoff (Los Angeles, CA)<br>Brandon T. Wallace (Los Angeles, CA) |
| Christopher Lischewski | Stueve Siegel Hanson LLP<br>Patrick J. Stueve (Kansas City, MO)<br>Steve N. Six (Kansas City, MO)<br>Curtis Shank (Kansas City, MO)<br><br>Angeli Law Group LLC<br>Ursula M. Lalović (Portland OR) |

---

[2] On November 21, 2019, Bumble Bee filed for bankruptcy protection. *See In re: Bumble Bee Parent, Inc. et al.*, Case No. 19-12502-LSS (Bankr. D. Del.).  Proceedings against Bumble Bee are stayed pursuant to 11 U.S.C. § 362, and this action has been administratively closed insofar as claims are alleged against Bumble Bee. (ECF No. 2591, 2286.)